IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREEMAN L. JOHNSON,<br><br>Defendant. | 8:24CR69<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 49). The Court has carefully reviewed the record in this case and finds as follows:

1. On December 12, 2024, defendant Freeman L. Johnson ("Johnson"), plead guilty to Counts III, V and VI of the Indictment and admitted the Forfeiture Allegation. Count III charged Johnson with distribution of at least 28 grams or more of a mixture or substance containing a detectable amount of cocaine base (with 851 enhancement); in violation of 21 United States Code sections 841(a)(1), (b)(1) and 851.

2. Count V charged him with possession with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, and a mixture or substance containing a detectible amount of cocaine (851 enhancement); in violation of 21 United States Code sections 841(a)(1), (b)(1) and 851.

3. Count VI charged that he did knowingly use and carry a firearm, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime; in violation of 18 United States Code section 924(c)(1)(A).

4. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $9,005 in United States currency, seized from Johnson on or about February 8, 2024, as property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

5. Based on Johnson's guilty plea and admission, Johnson forfeits his interest in the $9,005 in United States currency, and the government is entitled to possession of any interest Johnson has in the $9,005 in United States currency pursuant to 21 U.S.C. § 853.

6. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 49) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Johnson's guilty plea and admission, the government is hereby authorized to seize the $9,005 in United States currency.

3. Johnson's interest in the $9,005 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $9,005 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $9,005 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Johnson, having or claiming a legal interest in the $9,005 in United States currency, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $9,005 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $9,005 in United States currency, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $9,005 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 13th day of December 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge