IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FREEMAN L. JOHNSON,<br><br>      Defendant. | 8:24CR69<br><br>FINAL ORDER<br>OF FORFEITURE |

      This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 54). The Court has carefully reviewed the record in this case and finds as follows:

      1.      On December 13, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Freeman L. Johnson's interest in the $9,005 in United States currency seized from you on or about February 8, 2024 (Filing No. 50).

      2.      A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 14, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 53) was filed in this case on February 14, 2025.

      3.      The government has advised the Court that no Petition have been filed. A review of the record supports that assertion.

      4.      The government's Motion for Final Order of Forfeiture should be granted.

      In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 54) is granted.

2. All right, title and interest in and to the $9,005 in United States currency seized from Freeman L. Johnson on or about February 8, 2024, held by any person or entity are forever barred and foreclosed.

3. The $9,005 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 17th day of March 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge